Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>PNS STORES, INC. dba BIG LOTS #4061, et al.,<br><br>    Defendants. | No.  1:14-cv-00681-LJO-SMS<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS HINDS INVESTMENTS, L.P., AND HALLAIAN BROTHERS NO. 2, A PARTNERSHIP, <u>ONLY</u>; ORDER** |

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), wishes to dismiss Defendants Hinds Investments, L.P., and Hallaian Brothers No. 2, a Partnership (collectively "Defendants") from the above-captioned action pursuant to a settlement;

WHEREAS, Plaintiff has been unable to obtain a signed stipulation from Defendants, who are the only parties who have appeared in the action, to dismiss Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this action;

1   NOW, THEREFORE, Plaintiff hereby respectfully requests pursuant to Federal Rule of Civil Procedure 41(a)(2) that **only Defendants Hinds Investments, L.P., and Hallaian Brothers No. 2, a Partnership** be dismissed from the above-captioned action with prejudice.

Date: August 4, 2014                    MOORE LAW FIRM, P.C.


                                        */s/ Tanya E. Moore*
                                        Tanya E. Moore
                                        Attorneys for Plaintiff
                                        Ronald Moore


### **ORDER**

Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or third-party claim having been filed,

**IT IS HEREBY ORDERED** that **only Defendants Hinds Investments, L.P., and Hallaian Brothers No. 2, a Partnership** be dismissed from the above-captioned action with prejudice.

IT IS SO ORDERED.

Dated:   **August 4, 2014**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE