Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PNS STORES, INC. dba BIG LOTS #4061, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-00681-LJO-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, Defendant PNS Stores, Inc. dba Big Lots #4061 ("Defendant"), the sole remaining defendant in this action, has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff has reached a settlement with Defendant;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: August 19, 2014　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Ronald Moore

1  **ORDER**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5  SO ORDERED
   Dated: August 19, 2014

6                                    /s/ Lawrence J. O'Neill
7                                    **United States District Judge**